ACCEPTED
04-15-00164-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 1:00:17 PM
KEITH HOTTLE
CLERK

No. 04-15-00164-CR

**IN THE**
**FOURTH COURT OF APPEALS**
**OF TEXAS**
**AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/22/2015 1:00:17 PM

KEITH E. HOTTLE
Clerk

**LEANDRE V. HILL**                                     **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                 **APPELLEE**

---

**FIRST MOTION TO EXTEND TIME**
**TO FILE APPELLANT'S BRIEF**

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF TEXAS:**

COMES NOW, LEANDRE V. HILL, the appellant in the above styled and numbered cause, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), through the undersigned counsel, files this motion to extend time to file the appellant's brief. In support of this motion the appellant respectfully shows the following:

I.     **Deadline for filing the appellant's brief:**

The current deadline for filing the appellant's brief is **July 23, 2015**. TEX.R.APP.P. 4.1(a) and 38.6(a)(2).

1

**II. Length of the extension sought:**

Counsel for appellant seeks a thirty (30) day extension to file the appellant's brief, until **August 21, 2015**. *See* TEX. R. APP. P. 4.1(a).

**III. Facts relied on to reasonably explain request for extension:**

Counsel for appellant seeks this extension of time to file the appellant's brief for the following reasons:

A. The undersigned has recently filed briefs in the following cases:

1. *Brandon Master v. The State of Texas*, No. 04-15-00100-CR (Appellant's brief filed on June 24, 2015);

2. *Brandon Master v. The State of Texas*, No. 04-15-00101-CR (Appellant's brief filed on June 24, 2015);

3. *Gilbert M. Zepeda v. The State of Texas*, No. 04-14-00775-CR (Appellant's brief filed on July 2, 2015)

4. *Ramon Davidson v. The State of Texas*, No. 04-15-00209-CR (Appellant's brief filed on July 9, 2015).

B. The undersigned has upcoming deadlines in the following cases:

1. *Sabrina Nicole Angel v. The State of Texas*, No. 04-15-00235-CR (Appellant's brief due to be filed on July 31, 2015);

2. *Sabrina Nicole Angel v. The State of Texas*, No. 04-15-00236-CR

(Appellant's brief due to be filed on July 31, 2015);

3. *LeAndre V. Hill v. The State of Texas*, No. 04-15-00164-CR (Appellant's brief due to be filed on July 23, 2015);

4. *Arturo Rosales v. The State of Texas*, No. 04-15-00225-CR (Appellant's brief due to be filed on August 12, 2015);

5. *Arturo Rosales v. The State of Texas*, No. 04-15-00226-CR (Appellant's brief due to be filed on August 12, 2015);

6. *Arturo Rosales v. The State of Texas*, No. 04-15-00227-CR (Appellant's brief due to be filed on August 12, 2015);

7. *LeAndre V. Hill v. The State of Texas*, No. 13-15-00152-CR (Appellant's brief due to be filed on August 19, 2015).

C. The undersigned will take vacation leave on July 23, 2015 and July 24, 2015.

D. July 3, 2015 was a county holiday.

**IV.    Number of previous extensions requested:**

This is the first extension of time requested in this case.

**V.    Not for delay:**

This extension of time is not sought for the purpose of delaying the resolution of this appeal. He does not believe the additional time requested will prejudice or inconvenience the State.

## VI.  Appellant's status:

The Appellant is presently in the custody of the TDCJ-Institutional Division serving a 6-year sentence under cause number 2012CR9686. That sentence is being served concurrently with the sentence imposed in this case.

## PRAYER

THEREFORE, counsel for the appellant prays that this Court issue an order granting the extension of time of thirty (30) days to file the appellant's brief in the above case, and grant all such relief as is fair and just.

Respectfully submitted,

RICHARD B. DULANY, JR.
Texas Bar No. 06196400
Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701
(210) 335-0707 fax
Richard.Dulany@bexar.org

/s/ Richard B. Dulany, Jr.
_____
RICHARD B. DULANY, JR.

ATTORNEY FOR APPELLANT

4

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned does hereby certify that a copy of the above motion was delivered by electronic service to the Appellate Section of the State's Attorney: Nicholas A. LaHood, Criminal District Attorney, Bexar County District Attorney's Office, Appellate Section, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **July 22, 2015**. The word count is **679**.

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.